UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-22189-CV-KING

ROLANDO LOPEZ RODRIGUEZ, and all
others similarly situated under 29 U.S.C. 216(b),

      Plaintiff,

vs.

THE CITADEL GROUP, LC d/b/a BEFELER
GROUP, and GEORGE BEFELER,

      Defendants.
_____/

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED CIVIL COVER SHEET

      **THIS MATTER** comes before the Court *sua sponte*.

      The Civil Cover Sheet (DE 1-1) filed by Plaintiff fails to state the estimated length of the trial of this matter, and is therefore insufficient.

      Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiff shall **FILE** an amended, fully complete Civil Cover Sheet, using the local form for the Southern District of Florida, **on or before June 14, 2017 at 5:00 p.m.**

      **DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 13th day of June, 2017.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:    **All Counsel of Record**